# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL PONCE GALVAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT A. HOREL, Warden<br><br>　　　　　Respondent.<br>_____/ | 1:07-cv-01482 OWW SMS (HC)<br><br>NOTICE TO RESPONDENT'S COUNSEL RE: DECLARATION OF RICHARD RUMERY, ESQ. |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　This action is proceeding on Petitioner's First Amended Petition filed on January 23, 2009. (Court Doc. 22.) Respondent filed an answer to the amended petition on May 27, 2009, and Petitioner filed a timely traverse on July 16, 2009. (Court Docs. 31, 35.)

　　　In Grounds Six and Seven of the Amended Petition, Petitioner contends that his trial counsel rendered ineffective assistance for failing to (1) investigate the facts and law of the case to provide him with the information upon which to make an informed and intelligent decision to accept the prosecutor's plea offer; and (2) conduct a reasonable pretrial investigation by interviewing or calling his codefendants and others as witnesses. (Amended Petition, at 7.) Petitioner raised these same claims to the California Court of Appeal and California Supreme Court. (Lodged Doc. Nos. 6-7.)

　　　In the answer, Respondent's counsel points out that the Fifth District Court of Appeal

1 directed Richard Rumery, Petitioner's trial counsel, to submit a letter response and declaration, addressing Petitioner's claims of ineffective assistance. (See Answer, at 25 n.15; Lodged Doc. No. 6.5.) Mr. Rumery's letter and declaration were filed under seal in the appellate court. (Id.)

Respondent submits that Petitioner failed to provide a copy of the declaration to this Court, nor was counsel able to obtain a copy of the declaration from the Court of Appeal because it was under seal. Counsel requests that this Court direct the state appellate court to provide copies to this Court and counsel. However, the Court has reviewed Petitioner's petition for writ of habeas corpus filed in the California Supreme Court on May 30, 2008 submitted as Respondent's Lodged Document Number 7, and Mr. Rumery's declaration, letter, and private investigator's declaration, are all attached as Exhibit C-1 to said Petition. Accordingly, it appears unnecessary for this Court to order the state appellate court to provide this Court and Respondent a copy of such documents.

This Court intends to take judicial notice of the declaration of Richard Rumery, Esq., and related documents, unless an objection by Respondent is filed within **ten (10)** court days from the date of service of this order. If Respondent feels that further briefing is necessary in light of the review of Mr. Rumery's declaration, a supplemental brief shall be filed within **twenty (20)** days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   September 1, 2009**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE